# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ELIX CROCKETT, JR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:22-cv-47 |
| | * | |
| v. | * | |
| | * | |
| SERGEANT SHAW, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 21. Plaintiff did not file Objections to this Report and Recommendation. In fact, another of this Court's mailings was returned as undeliverable, with the notations: "Return to Sender, Transferred, No Detainee by the Name." Dkt. No. 24 at 9.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this ____8____ day of ____March____, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)